**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
IN RE:                                                                                                        CHAPTER 13

    ROBERT N. RUSTICI AND
    ARLENE P. RUSTICI,                                           CASE NO. 19-22279(SHL)

                                DEBTORS
-------------------------------------------------------X

**ORDER APPROVING LEASE AGREEMENT BETWEEN
THE DEBTORS AND ROCKLAND NISSAN**

Upon the motion of the above debtors Robert N. Rustici and Arlene P. Rusici (the "Debtors"), by notice of presentment, seeking an order to approve lease agreement between Rockland Nissan (the "Motion"); and, after due and sufficient notice, good cause having been shown and no adverse interest being represented, it is hereby

**ORDERED**, that the Motion is granted and Debtors may enter into the purchase agreement as attached as **Exhibit B** hereto.

Dated:  White Plains, New York
         August 7, 2020

                                                          */s/ Sean H. Lane*
                                                        HONORABLE SEAN H. LANE
                                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

# Rockland Nissan — Vehicle Cash Purchase Agreement

**608 ROUTE 303, BLAUVELT, NY 10913**
(845) 358-6700 • FAX (845) 358-7703
www.rocklandnissan.com
N.Y.S. FACILITY I.D. NO. 7063547

- [ ] New
- [ ] Used
- [ ] Demo
- [ ] Fin.
- [x] Lease
- [ ] Cash

**CLIENT ADVISOR:** Bowen
**DEAL #:** (illegible)
**STOCK NO.:** 20050
**DATE:** 7/1

**PURCHASER:** Arlene P & Robert Nicholas Rustici
**ADDRESS:** 93 (illegible) Avenue, Yonkers, NY 10(...)
**RES. PHONE:** 914-(illegible)
**CELL #:** 914-776-1162
**E-MAIL:** rustici55@gmail.c(om)

**PLEASE ENTER MY ORDER FOR ONE:**
- YEAR: 2020
- MAKE: Nissan
- MODEL: Rogue
- COLOR: Gun(metal)
- SERIAL NO.: KNMAT2MV2L6536072

### NOTICE TO CONSUMER
"IF THE VEHICLE IS NOT DELIVERED IN ACCORDANCE WITH THIS AGREEMENT WITHIN 30 DAYS AFTER THE ESTIMATED DELIVERY DATE AND THE DELAY IS NOT ATTRIBUTABLE TO YOU, YOU HAVE THE RIGHT TO CANCEL THIS AGREEMENT AND TO RECEIVE A FULL REFUND OF YOUR DEPOSIT."

USED VEHICLE DISCLOSURE STATEMENT - THE INFORMATION BUYER SEES ON THE F.T.C. WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

**PRIOR USE CERTIFICATION:** principal prior use — rental vehicle ✓

### THE PRICE

| Item | Amount |
|---|---|
| Subject to availability and Bank approval after we got the letter from the lawyer and the figures given to us by the bank | |
| 36 MO | |
| 12K | |
| W/T 1500 | |
| Payment | 379 |
| TOTAL | $ |
| LESS TRADE-IN CREDIT (−) | |
| CASH PRICE | $ |

ALL REBATES AND INCENTIVES ARE INCLUDED WITH THIS ORDER UNLESS OTHERWISE NOTED.

**NO VERBAL AGREEMENTS UNLESS WRITTEN ON THE BUYERS ORDER**

ALL RETAIL AND LEASE ORDERS ARE SUBJECT TO TIER 1 APPROVAL WITH AN 850 CREDIT SCORE.

INITIAL _____

### THE TRADE-IN

| YEAR | MILEAGE | MAKE | MODEL | COLOR |
|---|---|---|---|---|
| | | | | |

| PLATE NO. | EXP. DATE | V.I.N. |
|---|---|---|
| | | |

TRADE-IN IS CLEAR OF ALL LIENS EXCEPT _____   ACCOUNT # _____
BANK REP. _____   PHONE NO. _____
AMOUNT $ _____   VALID UNTIL _____

### TAXES AND OTHER FEES

| Item | Amount |
|---|---|
| Sales Tax  %(+) | |
| *DEALER'S OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (IF APPLICABLE). THIS IS NOT A DMV FEE* $75.00 (+) | $75.00 |
| REGISTRATION FEE (ESTIMATE) (+) | |
| INSPECTION FEE (+) | |
| NYS Required Tire Recycling Fee ($2.50 Per Tire) (+) | |
| PLUS BALANCE OWING ON TRADE-IN (+) | |
| REBATE(S) (−) | |
| REBATE(S) (−) | |

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PART OF THE PURCHASE PRICE, THIS ORDER SHALL NOT BE BINDING UPON YOU OR ME UNTIL ALL OF THE CREDIT TERMS ARE PRESENTED TO ME IN ACCORDANCE WITH REGULATION "Z" (TRUTH-IN-LENDING) AND ARE ACCEPTED BY ME. IF I DO NOT ACCEPT THE TERMS WHEN PRESENTED, I MAY CANCEL THIS ORDER...